# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE CHAIDEZ, | Case No. CV 11-10335-SJO (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| M. McDONALD, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: February 11, 2015.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE